UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ESPERANZA DIAZ,

                    Plaintiff,

         -against-

SOUND FEDERAL CREDIT UNION, F/K/A
STAMFORD FEDERAL CREDIT UNION,

                    Defendant.

25-cv-10556 (LLS)

CIVIL JUDGMENT

        For the reasons stated in the May 13, 2026, order, this action is dismissed for lack of subject matter jurisdiction.


SO ORDERED.


Dated:    May 15, 2026
          New York, New York


                                    /s/ Louis L. Stanton
                                    LOUIS L. STANTON
                                    United States District Judge